# Court of Appeals
# of the State of Georgia

ATLANTA,___June 23, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15I0216.  PHILLIP WARREN et al. v. FRANK GLASSNER et al.

Phillip and Diane Warren seek immediate review of the denial of their motion for summary judgment in a consolidated action concerning the validity of a will and of payable-on-death ("POD") beneficiary designations as to two certificates of deposit ("CDs").  The dispute underlying this case began when Frank Glassner filed a caveat to a will Phillip Warren offered for probate in the estate of Ledyne Merrily Stanton.  Glassner alleged that Stanton had lacked the requisite testamentary capacity to create the will and that the will had been procured by undue influence.  After the probate court granted Warren's petition to probate the will in solemn form, Glassner appealed to the superior court and also filed a civil action alleging that Warren and others had engaged in undue influence and tortious interference with his inheritance rights.  Glassner sought to set aside the will and the POD designations as to the CDs.  Phillip and Diane Warren filed a declaratory judgment action seeking to uphold the will and the POD designations.  The parties agreed to consolidate all three pending actions, the superior court denied the Warrens' motion for summary judgment, and this application for interlocutory review followed.

Our State constitution grants the Georgia Supreme Court jurisdiction over appeals in "[a]ll cases involving wills."  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (3).  As the Supreme Court has explained, "'all cases involving wills' means those cases in which the will's validity or meaning is in question."  *In re Estate of Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  Here, by claiming that the decedent lacked the requisite mental testamentary capacity and that the will was the product of undue influence, Glassner is attacking the underlying validity of the will.  See *Lillard v.*

*Owens*, 281 Ga. 619, 620-22 (1) (641 SE2d 511) (2007); *McCormick v. Jeffers*, 281 Ga. 264, 268 (4) (637 SE2d 666) (2006). This application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_____06/23/2015_____
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*